## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Joseph S. Eisenberg</u>

    v.                                               Civil No. 05-cv-171-JD

<u>British Airways Plc</u>

### O R D E R

The Report and Recommendation issued on August 17, 2005 (document no 3.) is hereby vacated as plaintiff has provided a completed summons. Plaintiff's objection to the Report and Recommendation (document no. 4) is denied as moot.

    **SO ORDERED.**

                                                        James R. Muirhead
                                                        United States Magistrate Judge

Date: September 7, 2005

cc:    Joseph S. Eisenberg, *pro se*